1042

[No. 15102-9-I. Division One. December 20, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
L. SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 84-1-00339-6, Paul D. Hansen, J.,
entered July 23, 1983. *Reversed* and *remanded* by unpub-
lished opinion per Swanson, J., concurred in by Coleman
and Grosse, JJ.

[No. 13523-6-I. Division One. December 20, 1985.]

MICHAEL L. SCHONS, *Appellant,* v. THE DEPARTMENT
OF TRANSPORTATION, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 82-2-00360-6, Walter J. Deierlein, Jr., J.,
entered June 23, 1983. *Affirmed* by unpublished opinion
per Swanson, J., concurred in by Scholfield, A.C.J., and
Coleman, J. Now published at 43 Wn. App. 160.

[No. 14786-2-I. Division One. December 23, 1985.]

RICHARD C. LUSSY, *Appellant,* v. HORTON SMITH,
*Judge of the Superior Court for King County,*
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 83-2-10631-1, W. R. Cole, J., entered October
10, 1985. *Affirmed* by unpublished per curiam opinion.

[No. 14196-1-I. Division One. December 23, 1985.]

RICHARD L. RAE, *Respondent,* v. MCDANE KEITH,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 83-2-05018-9, William C. Goodloe, J., entered
December 8, 1983. *Reversed* and *remanded* by unpublished
opinion per Coleman, J., concurred in by Scholfield, A.C.J.,
and Grosse, J.